**Order filed May 30, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00176-CV

_____

## IN THE ESTATE OF BILLIE LEE MARTIN, DECEASED, Appellant

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. P09-52**

## ORDER

The clerk's record was due on or before March 27, 2013, but it has not been filed. The clerk responsible for preparation of the record advised this court that appellant had not made arrangements to pay for the record.

Unless, within fifteen days from the date of this order, appellant pays or makes arrangements to pay for the record and provides this court with proof of payment, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM